CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

03/05/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| INNOTEC LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| VISIONTECH SALES, INC. et al., | ) |
| *Defendants.* | ) CV No. 3:17cv00007 |
| VISIONTECH SALES, INC., | ) |
| *Counterclaim Plaintiff,* | ) |
| v. | ) |
| INNOTEC LLC, et al., | ) |
| *Counterclaim Defendants.* | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Innotec, LLC and Defendants Visiontech Sales, Inc., Richard Lloyd Perrault, and Visiontech Sales Group Hong Kong Ltd. have notified the Court that they have resolved all claims and counterclaims related to this action pursuant to a settlement agreement and have requested that the Court dismiss this action with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Accordingly, it is **ORDERED** that this action, including claims and counterclaims, be and hereby is **DISMISSED** with prejudice and this matter stricken from the docket.

ENTERED this 5th day of MARCH, 2019.

_____
United States District Court Judge